In the Matter of the Claim of RUBEN ABREU, Appellant. E. ARMATA, INC., Respondent; COMMISSIONER OF LABOR, Respondent.

Submitted November 3, 2014; decided November 25, 2014

Motion for leave to appeal dismissed upon the ground that the order sought to be appealed from does not finally determine the proceeding within the meaning of the Constitution.

REBECCA GEFFNER, Appellant, v MERCY MEDICAL CENTER et al., Respondents.

Submitted October 6, 2014; decided November 25, 2014

Motion, insofar as it seeks leave to appeal from the August 2014 Appellate Division order, dismissed upon the ground that such order does not finally determine the action within the meaning of the Constitution; motion, insofar as it seeks leave to appeal from the April 2014 Appellate Division order, as against respondents Mercy Medical Center, Roy A. Rubenstein, Eric A. Shoenfeld, and Harte Placements, Inc., doing business as Nassau-Johrens Registry Agency, dismissed upon the ground that as to said parties such order does not finally determine the action within the meaning of the Constitution; motion, insofar as it seeks leave to appeal from the April 2014 Appellate Division order, as against the remaining respondents, denied.

In the Matter of KEVIN GRIFFIN, Appellant, v THOMAS P. DINAPOLI, as State Comptroller, et al., Respondents.

Submitted October 27, 2014; decided November 25, 2014

Motion for reargument of motion or leave to appeal denied [see 24 NY3d 903 (2014)].